# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER L. LOCKE,<br><br>              Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>              Defendant. | CASE NO. 3:13-cv-01884-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br><br>Docs. 1, 10, 11, 12, 13, 14, 15 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Jennifer L. Locke disability insurance benefits and supplemental security income is affirmed; and

4. The Clerk of Court shall close this case.


Dated: September 30, 2014

                                                      s/Gerald B. Cohn
                                                      GERALD B. COHN
                                                      UNITED STATES MAGISTRATE JUDGE